**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF TEXAS**
**BROWNSVILLE DIVISION**

| | | |
|---|---|---|
| **REYMUNDO NIETO** § | | |
| Plaintiff § | | |
| § | | |
| v. § | CASE NO. 1:23-cv-00004 | |
| § | | |
| **STATE FARM LLOYDS** § | | |
| Defendant § | | |

**JOINT STIPULATION OF DISMISSAL WITH PREJUDICE**

TO THE HONORABLE UNITED STATES DISTRICT COURT JUDGE:

COME NOW Plaintiff REYMUNDO NIETO and STATE FARM LLOYDS ("Parties"), and file this Joint Stipulation of Dismissal with Prejudice, under Federal Rule of Civil Procedure 41(a)(1)(A)(ii) and 41(a)(1)(B),

1. REYMUNDO NIETO is the Plaintiff and STATE FARM LLOYDS is the Defendant.

2. REYMUNDO NIETO and STATE FARM LLOYDS move to dismiss all claims in this suit with prejudice.

3. All parties agree to the dismissal.

4. This case is not a class action.

5. A receiver has not been appointed in this action.

6. This case is not governed by any federal statute that requires an order of the Court for dismissal of the case.

7. Neither party has previously dismissed any federal or state court action based on or including the same claims as those presented in this suit.

8. This dismissal is with prejudice to the re-filing against STATE FARM LLOYDS.

Respectfully submitted,

*/s/ Stephen W. Bosky*
Elizabeth Sandoval Cantu
Fed. ID No. 310028/State Bar No. 24013455
ecantu@ramonworthington.com
**RAMÓN WORTHINGTON**
**NICOLAS & CANTU, PLLC**
1506 South Lone Star Way, Suite 5
Edinburg, Texas 78539
Phone: (956) 294-4800
Electronic Service to:
efile@ramonworthington.com
***ATTORNEY IN CHARGE FOR DEFENDANT***

**Of Counsel:**
Sofia A. Ramón
Fed. ID No. 20871/State Bar No. 00784811
Dan K. Worthington
Fed. ID No. 15353/State Bar No. 00785282
Stephen W. Bosky
Fed. ID No. 3076205/State Bar No. 24087190
**RAMÓN WORTHINGTON**
**NICOLAS & CANTU, PLLC**
1506 South Lone Star Way, Suite 5
Edinburg, Texas 78539
(956) 294-4800
(956) 928-9564 – Fax

-and-

*/s/Chris J. Dobson w/p cg*
Chris J. Dobson
Texas Bar No. 24074140
SDTX ID No. 3061379
Jason Palker
Texas Bar No. 24108248
SDTX ID No. 3633290
service@palkerlaw.com
**PALKER LAW FIRM, PLLC**
4428 S. McColl Rd.
Edinburg, Texas 78539
(956)320-0270 – phone
**ATTORNEYS IN CHARGE FOR PLAINTIFF**

## **CERTIFICATE OF SERVICE**

    I HEREBY CERTIFY that on June 7, 2024, a true and correct copy of the foregoing document was served via e-service to the following:

Chris J. Dobson
Jason Palker
service@palkerlaw.com
**PALKER LAW FIRM, PLLC**
4428 S. McColl Rd.
Edinburg, Texas 78539
**ATTORNEY FOR PLAINTIFF**

                                              */s/ Stephen W. Bosky*
                                              *Stephen W. Bosky*